McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CV-01317-OWW-DLB |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER** |
| | ) | **FOR PUBLICATION** |
| v. | ) | |
| | ) | |
| 2003 GMC YUKON DENALI, VIN: | ) | |
| 1GKEK63U13J133435, LICENSE | ) | |
| NUMBER 4ZPW412, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, plaintiff herein, applies for an order of publication as

follows:

1.    Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims

provides that the plaintiff shall cause public notice of the action and arrest to be given in a

newspaper of general circulation in the district, designated by order of the Court;

2.    Local Rule 83-171, Eastern District of California, provides that the Court shall

designate by order the appropriate newspaper for publication;

3.    The defendant vehicle was seized in Fresno County, Fresno, California;

4.    Plaintiff proposes that publication be made as follows:

a.    Four publications;

b.    In the following newspaper, a legal newspaper of general circulation,

1

located in the county in which the defendant property was seized: <u>The Fresno Business Journal</u>;

        c.     The publication to include the following:

           (1)     The Court, title and number of the action;

           (2)     The date of the arrest/seizure;

           (3)     The identity and/or description of the property arrested/seized;

           (4)     The name, address and telephone number of the attorney for the plaintiff;

           (5)     A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with the Clerk and served on the attorney for the plaintiff within 30 days after the date of publication;

           (6)     A statement that answers to the complaint must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

           (7) A statement that applications for intervention under Fed. R. Civ. P. 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

///

///

///

///

///

///

///

///

///

///

///

2

1                    (8)      The name, address, and telephone number of the U.S. Marshals

2   and/or Department of Treasury.

3   Dated: 9/20/06_____                              McGREGOR W. SCOTT
                                                        United States Attorney
4

5
                                                        /s/ Stephanie Hamilton Borchers_____
6   _____                                       STEPHANIE HAMILTON BORCHERS
                                                        Assistant U.S. Attorney
7

8                                                       **ORDER**

9
        IT IS SO ORDERED.
10
        **Dated:      September 21, 2006_____              _____/s/ Dennis L. Beck_____**
11  3b142a                                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3