UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cv-1317 OWW DLB |
| ) | |
| Plaintiff, ) | SCHEDULING CONFERENCE ORDER |
| ) | AND ORDER STAYING ACTION |
| v. ) | |
| ) | |
| 2003 GMC YUKON DENALI, VIN: ) | |
| 1GKEK63U13JJ133435, LICENSE ) | |
| NUMBER 4ZPW412, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I.  Date of Scheduling Conference.

   March 9, 2007.

II. Appearances Of Counsel.

   Stephanie Hamilton Borchers, Esq., Assistant United States Attorney, appeared on behalf of Plaintiff.

   Jim T. Elia, Esq., appeared on behalf of Claimants Cuberto Hernandez and Imelda Hernandez.

III. Summary of Pleadings.

   1.   This is an *in rem* civil forfeiture action.  In its verified complaint for forfeiture *in rem*, the government alleges that the Defendant vehicle constitutes a conveyance used or intended to be used to transport, or in any manner to facilitate

1

1  the transportation, sale, receipt, possession, or concealment of
2  raw materials, products, and equipment of any kind which are
3  used, or intended for use, in manufacturing, compounding,
4  processing, delivering, importing, or exporting any controlled
5  substances or listed chemicals and is therefore subject to
6  forfeiture pursuant to 21 U.S.C. § 881(a)(4).
7       2.   The Defendant 2003 GMC Yukon Denali, VIN:
8  1GKEK63U13JJ133435, License Number 4ZPW412 (hereafter the
9  "defendant vehicle"), was seized on June 6, 2006, on land in the
10 Eastern District of California.  Plaintiff filed its Verified
11 Complaint For Forfeiture *In Rem* against the Defendant vehicle on
12 September 20, 2006.  On October 4, 2006, the Defendant vehicle
13 was arrested pursuant to the Warrant and Summons of Arrest of
14 Articles *In Rem* signed by United States Magistrate Judge O'Neill
15 on September 20, 2006.  This action was published on October 18,
16 25, and November 1 and 8, 2006, in The Business Journal (Fresno
17 County) pursuant to the Order of Publication filed September 20,
18 2006.  The Declaration of Publication was filed on November 30,
19 2006.
20      3.   On or about October 20, 2006, Claimants Cuberto
21 Hernandez and Imelda Hernandez filed a Verified Claim to the
22 Verified Complaint For Forfeiture *In Rem*.  On or about November
23 9, 2006, Claimants Cuberto Hernandez and Imelda Hernandez filed
24 an Answer to the Verified Complaint For Forfeiture *In Rem*.
25      4.   No other potential claimants have filed a claim, answer
26 or otherwise appeared in the action.
27 IV.  Orders Re Amendments To Pleadings.
28      1.   No amendments are contemplated at this time.

2

**V.   Factual Summary.**

    **A.   Admitted Facts Which Are Deemed Proven Without Further Proceedings.**

        1.   It is undisputed that the United States Marshal's Service arrested the Defendant vehicle, 2003 GMC Yukon Denali, VIN: 1GKEK63U13JJ133435, License Number 4ZPW412, on October 4, 2006.

    **B.   Contested Facts.**

        1.   Plaintiff contends that the facts are as alleged in the Verified Complaint.

        2.   Claimants contend that the facts are as set forth in the Verified Claim and Answer filed by the Claimants.

**VI.   Legal Issues.**

    **A.   Uncontested.**

        1.   The parties do not agree whether jurisdiction is properly invoked under 28 U.S.C. §§ 1345 and 1355 and 21 U.S.C. § 881.

        2.   Venue is proper under 28 U.S.C. § 1395.

    **B.   Contested.**

        1.   Whether the Defendant vehicle constitutes a conveyance and/or was intended to be used to transport or in any manner facilitate the transportation, sale, receipt, possession or concealment of raw materials, products and equipment of any kind used or intended for use in manufacturing, compounding, processing, delivering, importing, or exporting any controlled substance or listed chemicals.

**VII.   Consent to Magistrate Judge Jurisdiction.**

        1.   The parties have not consented to transfer the

case to the Magistrate Judge for all purposes, including trial.

VIII.    Corporate Identification Statement.

   1.    Any nongovernmental corporate party to any action in this court shall file a statement identifying all its parent corporations and listing any entity that owns 10% or more of the party's equity securities.  A party shall file the statement with its initial pleading filed in this court and shall supplement the statement within a reasonable time of any change in the information.

IX.  Order for Stay of Action.

   1.    Based on the amendment of Rule 26(g) initial disclosures are not required in this forfeiture action.

   2.    The underlying criminal case has not yet been resolved. Accordingly, the parties in this case believe it would be most expeditious and efficient for this case to be stayed pending the outcome of the underlying criminal case.

   3.    For this reason, good cause having been shown, a stay is entered in this case.

   4.    The parties shall advise the Court when the underlying criminal case is concluded and shall request a scheduling conference date in this case from the Courtroom Deputy Clerk.

IT IS SO ORDERED.

Dated:   March 9, 2007                   /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE