McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CV-01317-OWW-DLB |
| Plaintiff, | |
| v. | **STIPULATION TO VACATE STAY OF ACTION AND ORDER THEREON** |
| 2003 GMC YUKON DENALI, VIN: 1GKEK63U13J133435, LICENSE NUMBER 4ZPW412, | |
| Defendant. | |

Background

On March 13, 2007, the Court stayed this matter pending resolution of the related criminal matter. The Court ordered the parties to advise the Court when the criminal case resolved.

Status of Related Criminal Case

On June 28, 2007, defendant Imelda Hernandez pled guilty to conspiring to distribute and possess controlled substances with the intent to distribute, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and to distribution of equipment, chemicals, and materials which may be used to manufacture methamphetamine, knowing they would be used to manufacture a methamphetamine, in violation of § 21 U.S.C. § 843(a)(7). *See United States v. Juan Romero, et al.*, 1:06-CR-00158 OWW.

///

1   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and
2  Claimants Imelda Hernandez and Cuberto Hernandez, by and through their counsel of record, that
3  the Court vacate the stay of this case to allow the civil forfeiture action to proceed.

4  Dated: July 10, 2007                                McGREGOR W. SCOTT
                                                       United States Attorney
5

6                                                       /s/ Stephanie Hamilton Borchers
                                                       STEPHANIE HAMILTON BORCHERS
7                                                      Assistant U.S. Attorney

8

9  Dated: July 19, 2007                                 /s/ Jim T. Elia
                                                       JIM T. ELIA
10                                                     Attorney for Claimants
                                                       Cuberto Hernandez and Imelda Hernandez
11                                                     (Original signature retained by attorney)

12  IT IS SO ORDERED.

13  **Dated:   July 24, 2007**                          **/s/ Oliver W. Wanger**
                                                       UNITED STATES DISTRICT JUDGE

2