McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CV-01317-OWW-DLB |
| Plaintiff, | |
| v. | **FINAL JUDGMENT OF FORFEITURE** |
| 2003 GMC YUKON DENALI,<br>VIN: 1GKEK63U13J133435,<br>LICENSE NUMBER 4ZPW412, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against a 2003 GMC Yukon Denali, VIN: 1GKEK63U13J133435, License Number 4ZPW412 (hereafter "defendant vehicle").

2. A Verified Complaint for Forfeiture *In Rem* was filed on September 20, 2006, seeking the forfeiture of the defendant vehicle, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4), as property that constitutes a conveyance used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of raw materials, products, and equipment of any kind which are used, or intended for use, in manufacturing, compounding, processing, delivering, importing, or exporting any controlled substance or listed chemical in violation of 21 U.S.C. § 841(a)(1).

3. On September 20, 2006, in accordance with said Complaint, a Warrant and Summons

for Arrest of Articles *In Rem* was issued for the defendant vehicle and duly executed on October 4, 2006.

    4.    On October 18, 25, November 1, and 8, 2006, a Public Notice of Arrest and Seizure of the defendant vehicle appeared by publication in <u>The Business Journal</u>, a newspaper of general circulation in the county in which the defendant vehicle was seized (Fresno County). The Declaration of Publication was filed with the Court on November 30, 2006.

    5.    In addition to the Public Notice of Arrest having been completed, actual notice was personally served upon Cuberto Hernandez and Imelda Hernandez.

    6.    Apart from Claimants Cuberto Hernandez and Imelda Hernandez, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:

    1.    The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2.    The judgment is hereby entered against claimants Cuberto Hernandez and Imelda Hernandez and all other potential claimants.

    3.    Claimants Cuberto Hernandez and Imelda Hernandez shall pay to the United States the sum of $12,000.00 as a substitute *res* in lieu of the defendant vehicle within forty-five (45) days from the date of signing the Stipulation for Final Judgment of Forfeiture. Claimants shall send a cashier's check in the amount of $12,000.00 made payable to the U.S. Marshals Service. The cashier's check shall be mailed to the U.S. Attorneys Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721. Said $12,000.00 shall be substituted as the *res* herein, and shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4), to be disposed of according to law. Upon payment of the sub *res*, the United States shall forego any further action against the defendant vehicle based on the facts alleged in the Complaint. Upon payment of the sub *res*, the United States shall release the defendant vehicle to Claimants Cuberto Hernandez and Imelda Hernandez.

4. If Claimants fail to pay $12,000.00 as the sub *res* herein to the United States within forty-five (45) days from the date of signing the Stipulation for Final Judgment of Forfeiture filed herein, as provided in paragraph 3 above, then all right, title, and interest in the defendant vehicle shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4), to be disposed of according to law.

5. Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest/seizure of the defendant vehicle on or about April 6, 2006, or the forfeiture of the $12,000.00 sub *res* or defendant vehicle, if necessary. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

6. Until Claimants have paid the $12,000.00 sub *res*, Claimants Cuberto Hernandez and Imelda Hernandez shall maintain any and all loan payments, if any, and insurance policies currently in effect with respect to the defendant vehicle, including policies covering liability to persons injured by said vehicle and for property damage to the defendant vehicle.

7. Until Claimants have paid the $12,000.00 sub *res* in full, Claimants Cuberto Hernandez and Imelda Hernandez shall not convey, transfer, encumber, lien, or otherwise pledge the defendant vehicle without the prior written approval of the United States.

8. Claimants Cuberto Hernandez and Imelda Hernandez stipulate that there was reasonable cause for the seizure and arrest of the defendant vehicle, and that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

9. Pending payment of the $12,000.00 sub *res* or forfeiture of the defendant vehicle, the Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

///
///
///

10. All parties shall bear their own costs and attorneys' fees.

SO ORDERED THIS 21st day of August, 2007.

        /s/ Oliver W. Wanger
OLIVER W. WANGER
United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 20, 2006, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant vehicle.

Dated: 8/21/2007        /s/ Oliver W. Wanger
OLIVER W. WANGER
United States District Judge